UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In re:

       USSAMANE BOQUE                                    BK-08-10583
              Debtor                                   CHAPTER 13

FINAL ACCOUNT AND SUMMARY OF
DISTRIBUTION UNDER CHAPTER 13 PLAN

      John Boyajian, Trustee of the Chapter 13 Wage Earner Plan filed by the above-named debtor(s), certifies that he has received and distributed funds under said Plan as set forth in the Trustee's Final Report attached hereto.

      WHEREFORE, the Trustee requests that this account be allowed and that he be discharged.

/s/John Boyajian
John Boyajian, Trustee
Boyajian, Harrington, Richardson
182 Waterman Street
Providence, RI  02906
(401) 273-9600

Subscribed and sworn to before me this 22nd day of July, 2008.

/s/ Martha Hunt
Notary Public

CERTIFICATION

    I hereby certify that a copy of the within Final Account was mailed postage prepaid, to Ussamane Boque, 58 W. Cole St., Apt. #2, Pawtucket, RI 02860 and electronically mailed to Janet Goldman, Esq. at jgoldmanlawri@jggoldman.com on July 22, 2008.

/s/ Martha Hunt

UNITED STATES BANKRUPTCY COURT
for the
District of Rhode Island

Trustee's Final Report

In Re: USSUMANE BOQUE
    58 WEST COLE STREET
    APT. #2
    PAWTUCKET, RI  02860

SSN-XXX-XX-2922

Case Number 08-10583

Case Filed on:    March 3, 2008
Plan Confirmed on:
Not confirmed, dismissed for failure to confirm.

Total funds received and disbursed pursuant to the plan: $1,450.00    Detail of Disbursements below:

| Claim SeqNo | Name of the Claimant | | Claimed by the Creditor | Allowed by the Court | To be paid under the plan | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|---|
| 0 | JANET J. GOLDMAN | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | Total Admin. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| -1 | USSUMANE BOQUE | | 1,450.00 | 1,450.00 | 1,450.00 | 1,450.00 | 0.00 |
| | | Total Refund | 1,450.00 | 1,450.00 | 1,450.00 | 1,450.00 | 0.00 |
| 1 | BRISTOL COUNTY SAVINGS BANK | | None | None | 0.00 | 0.00 | 0.00 |
| 2 | COUNTRYWIDE | | None | None | 0.00 | 0.00 | 0.00 |
| 3 | FIRST FRANKLIN LOAN SERVICES | | None | None | 0.00 | 0.00 | 0.00 |
| | | Total Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 4 | BEST BUY | | None | None | 0.00 | 0.00 | 0.00 |
| | | Total Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | Grand Totals: | 1,450.00 | 1,450.00 | 1,450.00 | 1,450.00 | 0.00 |

Total Paid Claimant···:   1,450.00
Trustee Allowances····:      0.00
Percent Paid Unsecured:      None

Report Dated: June 3, 2008

John Boyajian, Trustee
Chapter 13 Trustee
182 Waterman Street
Providence, RI  02906    0919

File Copy